UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/2023

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>DeRubbio, et al. v. Islamic Republic of Iran</u>, No. 18-cv-05306
    <u>Morris, et al. v. Islamic Republic of Iran</u>, No. 18-cv-05321
    <u>Ades, et al. v. Islamic Republic of Iran</u>, No. 18-cv-07306
    <u>Kim, et al. v. Islamic Republic of Iran</u>, No. 18-cv-11870
    <u>Jimenez, et al. v. Islamic Republic of Iran</u>, No. 18-cv-11875
    <u>Rivelli, et al. v. Islamic Republic of Iran</u>, No. 18-cv-11878
    <u>Aamoth, et al. v. Islamic Republic of Iran</u>, No. 18-cv-12276
    <u>Hemenway, et al. v. Islamic Republic of Iran</u>, No. 18-cv-12277
    <u>Bernaerts, et al. v. Islamic Republic of Iran</u>, No. 19-cv-11865
    <u>Aron, et al. v. Islamic Republic of Iran</u>, No. 20-cv-09376
    <u>Hargrave, et al. v. Islamic Republic of Iran</u>, No. 20-cv-09387
    <u>Asaro, et al. v. Islamic Republic of Iran</u>, No. 20-cv-10460
    <u>Bianco, et al. v. Islamic Republic of Iran</u>, No. 20-cv-10902
    <u>Amato, et al. v. Islamic Republic of Iran</u>, No. 21-cv-10239
    <u>King, et al. v. Islamic Republic of Iran</u>, No. 22-cv-05193

Plaintiffs in 15 cases moved for partial final default judgments against the Islamic Republic of Iran. <u>See</u> ECF No. 9147.[1] They request, among other things, economic damages. The Court was unable to locate economic reports for 18 plaintiffs: Steven Paul Chucknick, Emerita De La Pena, John Joseph Doherty III, Patrick Thomas Dwyer, John E. Eichler, Timothy Joseph Finnerty, Carl Martin Flickinger, Michelle H. Goldstein, Joseph John Hasson III, William Jose Jimeno, Nancy Liz, Kathy Nancy Mazza, John McLoughlin, James Francis Murphy IV, Joseph

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

Michael Navas, Keith Kevin O'Connor, Patrick John O'Shea, and Joanne Rubino. Counsel should file those reports under seal by October 20, 2023.

By the same date, counsel should review the table attached to this order and (1) confirm that it lists the correct personal representative for each estate seeking a judgment, or (2) submit any corrections with citations to relevant docket entries.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   October 11, 2023
         New York, New York

| Personal Representative | Decedent | Member Case |
|---|---|---|
| Jeannette Ramos | Anthony Alvarado | King |
| Jamie Brito | Victoria Alvarez-Brito | King |
| Elizabeth Rick | Scott Daniel Bart | King |
| Jamie Brito | Mario Brito | King |
| Eve Bucca | Ronald Paul Bucca | King |
| Beverly Carlone | David Gary Carlone | King |
| Barbara Chucknick | Steven Paul Chucknick | King |
| Stefanie Ciccone | Alex F. Ciccone | King |
| Beth Schutte | Patricia A. Cody | Aamoth |
| Gabriel De La Pena | Emerita De La Pena | Aron |
| Ronald Sierra | Judith Berquis Diaz-Sierra | Aron |
| Page Dantzler Dickerson | Jerry Don Dickerson | King |
| Nicole Braithwaite-Dingle | Jeffrey Dingle | King |
| Mary Doherty | John Joseph Doherty III | Bianco |
| John G. Duffy | Christopher Michael Duffy | King |
| Jo Ann Dwyer | Patrick Thomas Dwyer | Bianco |
| John R. Eichler | John E. Eichler | Kim |
| Danielle Fehling-Wasnieski | Lee Stanley Fehling | King |
| Theresa Roberts | Timothy Joseph Finnerty | Aron |
| Lynda T. Scarcella | Paul Matthew Fiori | King |
| Kathleen Flickinger | Carl Martin Flickinger | Aron |
| Allison Fox-Breland | Virginia E. Fox | Ades |
| Jessica Geier | Paul Hamilton Geier | Amato |
| Edward Goldstein | Michelle H. Goldstein | Aamoth |
| Cynthia Gomes | Dennis James Gomes | King |
| Mary Hasson | Joseph John Hasson III | Asaro |
| Dennis Ketcham | Douglas Darrell Ketcham | King |
| Denyse Danielle Kruse | Raenell Ketcham | King |

| | | |
|---|---|---|
| Susan M. King | Amy King | King |
| Susan M. King | Stewart King, Jr. | King |
| Michael R. Kuo | Frederick Kuo, Jr. | King |
| Angelina Jimenez | Elena Fernanda Ledesma | King |
| Matthew J. Liz-Ramirez | Nancy Liz | Hemenway |
| Elisa P. Malani | Michael Lomax | Jimenez |
| Christopher Delosh | Kathy Nancy Mazza | Hargrave |
| Anne McCloskey | Katie M. McCloskey | Jimenez |
| Amy Mulderry | Stephen Vincent Mulderry | King |
| Jeanine Murphy | James Francis Murphy IV | Hargrave |
| Karen A. Navas | Joseph Michael Navas | Hargrave |
| Lorraine Nedell | Laurence Florian Nedell | King |
| Sandra O'Connor Carey | Keith Kevin O'Connor | Asaro |
| Sheila O'Shea | Patrick John O'Shea | Bianco |
| Valada Penny | Richard Al Penny | King |
| Neil Peraza | Robert David Peraza | Asaro |
| Linda Pohlmann | William Howard Pohlmann | King |
| Masia Shurla Riley | Scott A. Powell | King |
| Gayle Regan | Thomas Michael Regan | King |
| Susan Zalesne Retik & Mark Retik | David Eliot Retik | Hargrave |
| Linda Rhodes | John Rhodes | Hemenway |
| Thomas Kelleher | Stephen Roach | King |
| Karen Robertson-Jurcziak | Donald Walter Robertson, Jr. | Hargrave |
| Antoinette Rubino | Joanne Rubino | Rivelli |
| Brittley Wise | Richard Lawrence Salinardi, Jr. | King |
| Lisa A. Schunk | Edward W. Schunk | King |
| Gail Ingersoll Sezna | Davis Grier Sezna, Jr. | King |
| Edith Skrzypek | Paul Albert Skrzypek | King |
| June Pietruszkiewicz | James Joseph Suozzo | King |

| Vera Schleeter | Kip Taylor | King |
| --- | --- | --- |
| Vera Schleeter | Nancy Taylor | King |
| Shari Tolbert | Otis Vincent Tolbert | Bianco |
| Judith Knight | Mary Wisniewski | King |
| Loubertha Williams | Jacqueline Young | King |