# EXHIBIT C

Ex. C

| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| John, Elizabeth | | Boffa, Murphy | | Mary | Catherine | Boffa | | US | 9/11/2001 | NY | 19cv11865 | 19cv11865, 1 at 1 | 7224 at 3 | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 1. | 3/1/24 | N/A | $1,882,878.00 | N/A |
| Eric | | Johnson | | Janice | Juliste | Brown | | US | 9/11/2001 | NY | 19cv11767 | 19cv11767, 5 at 2 | 7529 at 3, 7575 | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 24. | 2/1/24 | N/A | $965,897.00 | N/A |
| Stefania | | Oliva | | Alex | F. | Ciccone | | US | 9/11/2001 | NY | 22cv01193 | 22cv01193, 1 at 8 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 24. | 3/1/24 | N/A | $14,801,877.00 | N/A |
| James | E. | DiChiaro | | Patricia | Florence | DiChiaro | | US | 9/11/2001 | NY | 18cv1837 | 18cv1837, 1 at 7 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 70. | 3/1/24 | N/A | $649,279.00 | N/A |
| Nichole | | Brathwaite-Dingle | | Jeffrey | Mark | Dingle | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 6 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 94. | 5/1/24 | N/A | $4,050,341.00 | N/A |
| John | G. | Duffy | | Christopher | Michael | Duffy | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 9 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 118. | 4/1/24 | N/A | $1,884,232.00 | N/A |
| Lynda | T. | Scarcella | | Paul | Matthew | Fiori | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 5 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 141. | 3/1/24 | N/A | $2,830,493.00 | N/A |
| Peter | | Frank | | Peter | Christopher | Frank | | US | 9/11/2001 | NY | 20cv09376 | 20cv09376, 1 at 7 | 7457 at 3, 7475 | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 164. | 3/1/24 | N/A | $7,898,126.00 | N/A |
| Mindy | | Gabler | | Fredric | Neal | Gabler | | US | 9/11/2001 | NY | 19cv1865 | 19cv1865, 1 at 2 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 1. | 3/1/24 | N/A | $87,427,751.00 | N/A |
| Cynthia | | Gomes | | Dennis | James | Gomes | | US | 9/11/2001 | NY | 22cv01193 | 22cv01193, 1 at 6 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 26. | 6/1/24 | N/A | $13,674,708.00 | N/A |
| Andrea | | Hannan | | Michael | Lawrence | Hannan | | US | 9/11/2001 | NY | 21cv02239 | 21cv02239, 1 at 4 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 49. | 3/1/24 | N/A | $3,686,780.00 | N/A |
| Peggy | H. | Taylor | | Charles | Gregory | John | | US | 9/11/2001 | NY | 18cv1277 | 18cv1277, 1 at 2 | 8075 at 3, 8080 | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 73. | 6/1/24 | N/A | $422,577.00 | N/A |
| Dennis | | Ketcham | | Douglas | Darrell | Ketcham | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 8 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 96. | 5/1/24 | N/A | $5,921,873.00 | N/A |
| Susan | M. | King | | Amy | Ruth | King | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 1 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 119. | 5/1/24 | N/A | $698,802.00 | N/A |
| Joan | | Kirwin | | Glenn | Davis | Kirwin | | US | 9/11/2001 | NY | 20cv09587 | 20cv09587, 1 at 2 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 142. | 3/1/24 | N/A | $21,209,440.00 | N/A |
| Michael | R. | Kuo | | Frederick | | Kuo | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 9 | 8725 at 3, 8728 | N/A | $ 2,000,000.00 | N/A | N/A | N/A | N/A | N/A | N/A |
| Elsa | P. | Malavi | | Michael | William | Lomax | | US | 9/11/2001 | NY | 18cv11875 | 18cv11875, 6 at 2 | N/A | N/A | $ 2,000,000.00 | N/A | N/A | N/A | N/A | N/A | N/A |
| Rachel | | Matricciano-Volarie | | Marcellus | | Matricciano | | US | 9/11/2001 | NY | 21cv03239 | 21cv03239, 1 at 5 b 6 | 7878 at 3, 7889 | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 168. | 3/1/24 | N/A | $6,105,301.00 | N/A |
| Colleen | | Mccrudi-Foley | | William | Edward | Mccrudi | | US | 9/11/2001 | NY | 20cv09587 | 20cv09587, 1 at 4 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 191. | 3/1/24 | N/A | $58,976,805.00 | N/A |
| Shannon | | Moran | | Gerard | Patrick | Moran | | US | 9/11/2001 | VA | 18cv11876 | 18cv11876, 1 at 2 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 217. | 3/1/24 | N/A | $1,486,066.00 | N/A |
| Lorraine | | Nedell | | Lawrence | Florian | Nedell | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 2 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 1. | 3/1/24 | N/A | $1,025,805.00 | N/A |
| Irene | | Lavelle | | Luke | Gerard | Nee | | US | 9/11/2001 | NY | 19cv11865 | 19cv11865, 1 at 3 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 24. | 5/1/24 | N/A | $2,264,288.00 | N/A |
| Lyndy | | Nelson | | Peter | Allen | Nelson | | US | 9/11/2001 | NY | 18cv1277 | 18cv1277, 1 at 7 | 7539 at 3, 7565 | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 47. | 1/1/24 | N/A | $4,302,276.00 | N/A |
| Mao | | Rao | | Nancy | Yuan | Rao | | US | 9/11/2001 | NY | 18cv05321 | 18cv05321, 6 at 9 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 65. | 3/1/24 | N/A | $4,960,160.00 | N/A |
| Linda | | Pohlmann | | William | Howard | Pohlmann | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 9 | 8545 at 3, 8565 | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 89. | 6/1/24 | N/A | $2,522,655.00 | N/A |
| Maria | Shuria | Foley | | Scott | Alan | Powell | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 3 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 112. | 6/1/24 | N/A | $822,615.00 | N/A |
| Vernon, Vanessa | A., | Richard, Richard | II, | Vernon | Allen | Richard | | US | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 10 | 5548 at 3, 5641 | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 135. | 2/1/24 | N/A | $2,333,997.00 | N/A |
| Thomas | | Kelleher | | Stephen | Louis | Roach | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 10 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 153. | 6/1/24 | N/A | $30,611,802.00 | N/A |
| Tracy | | Rowenhorst | | Edward | Vald | Rowenhorst | | US | 9/11/2001 | VA | 18cv12387 | 18cv12387, 1 at 1 | 7463 at 3, 7478 | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 175. | 3/1/24 | N/A | $3,332,817.00 | N/A |
| Amanda | | Ruddle | | David | Michael | Ruddle | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 3 | 9587 at 3, 9600 | N/A | $ 2,000,000.00 | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 198. | 5/1/24 | N/A | $3,043,665.00 | N/A |
| Brittley | | Wise | | Richard | Lawrence | Sallinardi | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 5 b 6 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 222. | 3/1/24 | N/A | $2,710,437.00 | N/A |
| Raymond | | Sanchez | Jr | Raymond | | Sanchez | | US | 9/11/2001 | NY | 19cv11865 | 19cv11865, 1 at 5 | 9261 at 3, 9263 | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 1. | 4/1/24 | N/A | $786,017.00 | N/A |
| Lisa | A. | Schunk | | Edward | William | Schunk | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 5 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 24. | 4/1/24 | N/A | $1,093,245.00 | N/A |
| Toshiwala a/k/a Ruby | | Sepercaul a/k/a Iswan | | Khanila | Khami | Singh | | US | 9/11/2001 | NY | 20cv10460 | 20cv10460, 1 at 6 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 47. | 3/1/24 | N/A | $1,718,801.00 | N/A |
| Edith | | Stoppak | | Paul | Albert | Stoppak | | US | 9/11/2001 | NY | 20cv10460 | 20cv10460, 1 at 8 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 70. | 3/1/24 | N/A | $2,018,258.00 | N/A |
| Stacey | | Stone | | Lonny | Jay | Stone | | US | 9/11/2001 | NY | 20cv10460 | 20cv10460, 1 at 8 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 93. | 3/1/24 | N/A | $2,195,640.00 | N/A |
| June | | Pietruszkiewicz | | James | Joseph | Suozzo | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 12 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 117. | 4/1/24 | N/A | $2,702,369.00 | N/A |
| Janice | | Dukes | | Dianne | Brooks | Taylor | | US | 9/11/2001 | NY | 19cv11865 | 19cv11865, 1 at 7-8 | 7505 at 3, 7511 | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 140. | 3/1/24 | N/A | $1,161,953.00 | N/A |
| Emory | E. | Hackman | Jr | Tamara | Clary | Thurman | | US | 9/11/2001 | VA | 18cv07306 | 18cv07306, 1 at 10 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 47. | 3/1/24 | N/A | $1,452,164.00 | N/A |
| Marc | | Weingard | | Scott | Jeffrey | Weingard | | US | 9/11/2001 | NY | 20cv10460 | 20cv10460, 1 at 8 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 1. | 4/1/24 | N/A | $1,497,169.00 | N/A |
| Loubertha | | Williams | | Jacqueline | | Young | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 5 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 24. | 4/1/24 | N/A | $750,510.00 | N/A |
| Lillian | | Zambrana | | Edwin | Jose | Zambrana | | US | 9/11/2001 | NY | 18cv07306 | 18cv07306, 1 at 10 | N/A | N/A | N/A | N/A | See Exhibit C to Declaration of Jerry S. Goldman, Esq. at page 47. | 3/1/24 | N/A | $845,489.00 | N/A |