UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Alexander Jimenez, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11875 (GBD) (SN)

### [PROPOSED] ORDER OF PARTIAL FINAL DEFAULT DAMAGES JUDGMENTS ON BEHALF OF THE PLAINTIFFS IDENTIFIED IN EXHIBIT B

Upon consideration of the default judgment motion cover sheet attached as Exhibit A as required by the Court's September 22, 2023 Order at ECF No. 9355, and the other evidence and arguments submitted by Plaintiffs identified in Exhibit B to this Order through their Motion for Partial Final Damages Judgments against the Islamic Republic of Iran ("Iran") in the above-captioned matter, who are each the functional equivalent of a child of a victim killed in the terrorist attacks on September 11, 2001, as specifically identified in attached Exhibit B, and upon consideration of the judgment by default for liability against Iran entered as described in attached Exhibit A; together with the entire record in this case, it is hereby:

**ORDERED** that partial final judgment is entered against Iran on behalf of the Plaintiffs identified in the attached Exhibit B, who are each the functional equivalent of a child of an individual killed in the terrorist attacks on September 11, 2001; and it is further

**ORDERED** that Jaimenys Taveras is the functional equivalent of a child of Manuel De Jesus Molina, who died in the Terrorist Attacks on September 11, 2001; and it is further

**ORDERED** that Jaimercedes Taveras is the functional equivalent of a child of Manuel De Jesus Molina, who died in the Terrorist Attacks on September 11, 2001; and it is further

**ORDERED** that Jaimelin Taveras is the functional equivalent of a child of Manuel De Jesus Molina, who died in the Terrorist Attacks on September 11, 2001; and it is further

1

**ORDERED** that the Moving Plaintiffs are awarded solatium damages in the amount of $8,500,000 per child, as set forth in the attached Exhibit B; and it is further

**ORDERED** that the Plaintiffs identified in the attached Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is further

**ORDERED** that the Plaintiffs identified in the attached Exhibit B may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is further

**ORDERED** that the remaining Plaintiffs in the above-captioned matter not appearing in the attached Exhibit B may submit in later stages applications for damages awards (to the extent such awards have not previously been addressed), and they will be approved consistent with those approved herein for the Plaintiffs appearing in the attached Exhibit B.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 9825.

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge

Dated:   New York, New York
            _____ \_\_, 2024