# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*  June 24, 2024

The Honorable George B. Daniels
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:  *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD) (SN); *Alexander Jimenez, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11875 (GBD)(SN); *Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD)(SN); *Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN) – Regarding Proposed Order at ECF No. 9821

Dear Judge Daniels and Magistrate Judge Netburn:

As part of my firm's quality control review, we have identified surplus verbiage and a missing ECF number reference in the proposed order we previously filed at ECF No. 9821. For the Court's convenience, attached to this letter is a revised copy of the proposed order at ECF No. 9821, with the surplus verbiage removed and the ECF number reference added.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Jerry S. Goldman
Jerry S. Goldman, Esq.

*Attorney for the Plaintiffs*

Enclosure
cc:  All MDL Counsel of Record (via ECF)