IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-1570-GBD-SN |
| *This document relates to:* *Ashton, et al. v. Al Qaeda, et al.*, No. 02-cv-6977; *Federal Ins. Co., et al. v. Al Qaida, et al.*, No. 03-cv-6978; *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03-cv-9849; *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-1922; *Continental Casualty Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-5970; *O'Neill, et al. v. Republic of the Sudan, et al.*, No. 18-cv-12114; *Aronow, et al. v. Republic of Sudan*, No. 20-cv-07733; *Betru, et al. v. The Republic of Sudan*, No. 20-cv-10615; *Parker, et al. v. The Republic of the Sudan*, No. 20-cv-10657; and *Nolan, et al. v. The Republic of the Sudan*, No. 20-cv-10720. | |

## SUDAN'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1291 and the "collateral order" doctrine, the Republic of the Sudan including all of its constituent parts ("Sudan"), a defendant in these actions that are coordinated or consolidated for pretrial proceedings in this multidistrict litigation, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order of the United States District Court for the Southern District of New York (Honorable George B. Daniels), entered on August 10, 2023 (No. 03-md-1570, ECF No. 9278), denying in part Sudan's Motion to Dismiss.

| | |
|---|---|
| Dated: September 7, 2023<br>Washington, DC | Respectfully submitted,<br><br>**WHITE & CASE**<br><br>/s/ *Christopher M. Curran*<br>Christopher M. Curran<br>Nicole Erb<br>Claire A. DeLelle<br>Nicolle Kownacki (*pro hac vice*)<br>Celia A. McLaughlin (*pro hac vice*)<br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>Telephone:   + 1 202 626 3600<br>Facsimile:    + 1 202 639 9355<br>ccurran@whitecase.com<br>nerb@whitecase.com<br>cdelelle@whitecase.com<br>nkownacki@whitecase.com<br>cmclaughlin@whitecase.com<br><br>*Counsel for the Republic of the Sudan* |